# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| BEHNAZ MORADNEJAD, *et al.*, | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civ. Action No. 14-1159 (ABJ) |
| DISTRICT OF COLUMBIA, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

On March 16, 2016, Magistrate Judge G. Michael Harvey issued a Report and Recommendation [Dkt. # 21] ("R. & R.") recommending that the Court deny plaintiffs' Motion for Summary Judgment [Dkt. # 14] and grant defendant's Cross Motion for Summary Judgment [Dkt. # 16]. Local Civil Rule 72.3(b) provides that "[a]ny party may file for consideration by the district judge written objections to the magistrate judge's proposed findings and recommendations . . . within 14 days after being served with a copy thereof." LCvR 72.3(b). The Report and Recommendation advised the parties that "failure to file timely objections to the findings and recommendations set forth in this report may waive your right of appeal from an order of the District Court adopting such findings and recommendations." R. & R. at 36. To date, no objections have been filed. It is therefore

**ORDERED** that the Report and Recommendation [Dkt. # 21] is **ADOPTED** in its entirety; and it is

**FURTHER ORDERED** that plaintiffs' Motion for Summary Judgment [Dkt. # 14] is **DENIED** and defendant's Motion for Summary Judgment [Dkt. # 16] is **GRANTED**.

**SO ORDERED**.

/s/ Amy B. Jackson

AMY BERMAN JACKSON
United States District Judge

DATE: March 31, 2016